UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. HINES, | : | |
| Plaintiff | : | No. 3:14-CV-2139 |
| vs. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

**ORDER**

**AND NOW, THIS 9TH DAY OF MARCH, 2016**, upon consideration of the parties' stipulation for attorney fees, (Doc. 21), filed by Defendant, **IT IS HEREBY ORDERED THAT** Plaintiff, Michael J. Hines, is awarded four thousand fifty dollars and zero cents ($4,050.00) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/s/ William J. Nealon
United States District Judge